PILLSBURY WINTHROP SHAW PITTMAN LLP
KIRKE M. HASSON (61446)
(kirke.hasson@pillsburylaw.com)
SHARON L. O'GRADY (102356)
(sharon.ogrady@pillsburylaw.com)
CRAIG J. BRISTOL (187231)
(craig.bristol@pillsburylaw.com)
50 Fremont Street
San Francisco, CA 94105-2228
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRIAN J. BEATUS (205719)
(brian.beatus@pillsburylaw.com)
2475 Hanover Street
Palo Alto, California 94304-1114
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

Attorneys for Plaintiff and Counterclaimant, PCTEL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PCTEL, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AGERE SYSTEMS, INC, a Delaware Corporation; and LUCENT TECHNOLOGIES INC., a Delaware Corporation,<br><br>Defendant. | No. C 03-2474 MJJ<br><br>E-filing<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO AMEND PRELIMINARY INVALIDITY AND PRELIMINARY INFRINGEMENT CONTENTIONS**<br><br>No Trial Date Set |

IT IS HEREBY STIPULATED by and between Plaintiff PCTEL, Inc. and Defendants Agere Systems, Inc. and Lucent Technologies, Inc., through their counsel of record, to extend the due date for the Final Infringement Contentions from October 12, 2005 to October 26, 2005, and the due date for the Final Invalidity Contentions to November 29, 2005. The ground for this stipulation is that the Court's Claim Construction Order was entered two weeks before PCTEL's opening Markman brief regarding U.S.

Patent No. 5,787,305 was due. Thus the 30 day period for PCTEL to file its Final Infringement Contentions overlapped with the time that PCTEL's counsel was occupied with preparing its Markman brief.

IT IS HEREBY SO STIPULATED.

Dated: September 29, 2005.

> PILLSBURY WINTHROP SHAW PITTMAN LLP
> KIRKE M. HASSON
> BRIAN J. BEATUS
> CRAIG J. BRISTOL
> SHARON L. O'GRADY
>
> By /s/
> Attorneys for Plaintiff,
> PCTEL, INC.

Dated: September 29, 2005.

> KIRKLAND & ELLIS
> JOHN M. DESMARAIS, ESQ.
> jdesmarais@kirkland.com
> SCOTT R. SAMAY, ESQ.
> ssamay@kirkland.com
> TIMOTHY K. GILMAN, ESQ.
> tgilman@kirkland.com
> JORDAN MALZ, ESQ.
> jmalz@kirkland.com
> 153 East 53rd Street
> New York, NY 10022-4611
>
> By /s/
> Attorneys for Defendants LUCENT TECHNOLOGIES, INC. and AGERE SYSTEMS, INC.

Pursuant to General Order No. 45(X)(B), I hereby attest that concurrence in the filing of this document has been obtained from counsel for Defendants Agere Systems, Inc., Lucent Technologies, Inc.

> By /s/
> Sharon L. O'Grady
> Attorneys for Plaintiff, PCTEL, INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

10894737v1 - 3 - STIPULATION AND [PROPOSED] ORDER EXTENDING TIME RE PRELIMINARY INVALIDITY AND INFRINGEMENT CONTENTIONS

| | |
|---|---|
| 1 | **ORDER** |
| 2 | GOOD CAUSE APPEARING, IT IS SO ORDERED. |
| 3 | |
| 4 | Dated: 9/30/2005 |
| 5 | The Honorable Martin J. Jenkins<br>United States District Court Judge |

10894737v1 — - 4 - — STIPULATION AND [PROPOSED] ORDER EXTENDING TIME RE PRELIMINARY INVALIDITY AND INFRINGEMENT CONTENTIONS