| | |
|---|---|
| PILLSBURY WINTHROP SHAW PITTMAN LLP<br>Kirke M. Hasson (61446)<br>kirke.hasson@pillsburylaw.com<br>Sharon L. O'Grady (102356)<br>sharon.ogrady@pillsburylaw.com<br>Craig J. Bristol (187231)<br>craig.bristol@pillsburylaw.com<br>50 Fremont Street<br>Post Office Box 7880<br>San Francisco, CA 94120-7880<br>Telephone: (415) 983-1000<br>Facsimile: (415) 983-1200<br><br>PILLSBURY WINTHROP LLP<br>Brian J. Beatus (205719)<br>brian.beatus@pillsburylaw.com<br>2475 Hanover Street<br>Palo Alto, California 94304-1115<br>Telephone: (650) 233-4500<br>Facsimile: (650) 233-4545<br><br>Attorneys for Plaintiff,<br>PCTEL, Inc. | KIRKLAND & ELLIS LLP<br>John M. Desmarais (*pro hac vice*)<br>jdesmarais@kirkland.com<br>Scott R. Samay (*pro hac vice*)<br>ssamay@kirkland.com<br>Citigroup Center<br>153 East 53rd Street<br>New York, New York 10022-4611<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>KIRKLAND & ELLIS LLP<br>Eric R. Lamison (Bar No. 178262)<br>elamison@kirkland.com<br>555 California Street, 27th Floor<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>Attorneys for Defendants Agere Systems<br>Inc. and Lucent Technologies Inc. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PCTEL, INC., a Delaware Corporation,<br><br>   Plaintiff,<br>vs.<br><br>AGERE SYSTEMS INC., a Delaware Corporation; and LUCENT TECHNOLOGIES INC., a Delaware Corporation,<br>   Defendants. | No. C 03-2474 MJJ<br><br>E-Filing<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EQUIPMENT TO BE ALLOWED INTO COURTROOM** |

IT IS HEREBY STIPULATED by and between Plaintiff PCTEL, Inc. ("PCTEL") and Defendants Agere Systems Inc. ("Agere") and Lucent Technologies Inc. ("Lucent") (collectively "the parties") that the parties may bring into the Federal Courthouse in San Francisco, California, located at 450 Golden Gate Avenue, San Francisco, California, and set up in the courtroom of the Honorable Martin J. Jenkins, certain equipment and materials for purposes of facilitating illustrative exhibits for

the Claims Construction Hearing to be held on November 10, 2005. The equipment will be set up in the courtroom, as the Court's schedule permits, on November 9, 2005 and November 10, 2005. Specifically, the parties, by and through equipment vendor "Advanced Courtroom Technologies," are authorized to bring into the courtroom:

(a) Four (4) Viewsonic Flat Panel Displays
(b) Two (2) Laptops
(c) One (1) Hi-Lumens LCD Projector
(d) One (1) Digital Elmo
(e) One (1) Da-lite 8' Projection Screen
(f) One (1) Extron 6x1 Switcher
(g) One (1) Extron ADA 6 300HV
(h) One (1) Easel
(i) Stands and Carts
(j) Cabling and Wiring
(k) Power Strips
(l) Extension Cords

In addition, the parties, by and through equipment vendor James Hossain (Maxim Litigation Services), are authorized to bring into the courtroom:

(a) Two (2) Laptops
(b) One (1) Snap Server Storage Device
(c) One (1) Document Camera (Elmo)
(d) One (1) 2-Way Switching Device
(e) One (1) 2-Way Distribution Amplifier
(f) One (1) Hi-Lumens LCD Projector
(g) One (1) Projection Screen

Stipulation and [Proposed] Order Re: Equipment     2     Case Nos. C 03-2474 MJJ

(h) Cabling and Wiring

(i) Power Strips

(j) Extension Cords

Dated: November 3, 2005          BY:          /s/
                                     Attorneys for Plaintiff, PCTEL, Inc.

                                 **PILLSBURY WINTHROP SHAW PITTMAN LLP**
                                 Kirke M. Hasson
                                 Brian J. Beatus
                                 Sharon L. O'Grady
                                 Craig J. Bristol
                                 50 Fremont Street
                                 San Francisco, CA 94120-7880
                                 Telephone: (415) 983-1000
                                 Facsimile: (415) 983-1200

Dated: November 3, 2005          BY:          /s/
                                     Attorneys For Defendants Agere Systems Inc. and Lucent Technologies Inc.

                                 **KIRKLAND & ELLIS LLP**
                                 John M. Desmarais (*pro hac vice*)
                                 Scott R. Samay (*pro hac vice*)
                                 Jordan N. Malz (*pro hac vice*)
                                 Citigroup Center
                                 153 East 53rd Street
                                 New York, New York 10022-4611
                                 Telephone:    (212) 446-4800
                                 Facsimile:    (212) 446-4900

                                 **KIRKLAND & ELLIS LLP**
                                 ERIC R. LAMISON (BAR NO. 178262)
                                 555 California Street, 27th Floor
                                 San Francisco, California 94104
                                 Telephone:    (415) 439-1400
                                 Facsimile:    (415) 439-1500

Stipulation and [Proposed] Order Re: Equipment          3          Case Nos. C 03-2474 MJJ

1  Pursuant to General Order No. 45(X)(B), I hereby attest that concurrence in the
2  filing of this document has been obtained from counsel for Defendants Agere and Lucent.
3
4                    BY:_____/s/_____
5                         Kelli K. Denning
                          Attorneys for Plaintiff, PCTEL, Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

IT IS SO ORDERED.

Dated: November 8 , 2005.

*Martin J. Jenkins*

Martin J. Jenkins
United States District Judge