1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   KIRKE M. HASSON (61446)
2  (kirke.hasson@pillsburylaw.com)
   SHARON L. O'GRADY (102356)
3  (sharon.ogrady@pillsburylaw.com)
   CRAIG J. BRISTOL (187231)
4  (craig.bristol@pillsburylaw.com)
   50 Fremont Street
5  San Francisco, CA  94105-2228
   Telephone: (415) 983-1000
6  Facsimile: (415) 983-1200

7  PILLSBURY WINTHROP SHAW PITTMAN LLP
   BRIAN J. BEATUS (205719)
8  (brian.beatus@pillsburylaw.com)
   2475 Hanover Street
9  Palo Alto, California 94304-1114
   Telephone:  (650) 233-4500
10 Facsimile:  (650) 233-4545

11 Attorneys for Plaintiff and Counterclaimant, PCTEL, INC.

E-filing

FILED
JAN 0 6 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PCTEL, INC., a Delaware Corporation, | No. C 03-2474 MJJ |
| Plaintiff, | E-filing |
| vs. | |
| AGERE SYSTEMS, INC, a Delaware Corporation; and LUCENT TECHNOLOGIES INC., a Delaware Corporation, | STIPULATION AND [PROPOSED] ORDER SETTING CLAIMS CONSTRUCTION HEARING |
| Defendant. | No Trial Date Set |

IT IS HEREBY STIPULATED by and between Plaintiff PCTEL, Inc. and Defendants Agere Systems, Inc. and Lucent Technologies, Inc., through their counsel of record, that the claims construction hearing on U.S. Patent No. 5,787,305, previously scheduled for

1  November 10, 2005 at 9:30 a.m., be rescheduled to January 18, 2006 at 2:30 p.m.

2  Dated: December 21, 2005.

PILLSBURY WINTHROP SHAW PITTMAN LLP
KIRKE M. HASSON
BRIAN J. BEATUS
CRAIG J. BRISTOL
SHARON L. O'GRADY

By /s/ _____
Attorneys for Plaintiff,
PCTEL, INC.

Dated: December 21, 2005.

KIRKLAND & ELLIS
JOHN M. DESMARAIS, ESQ.
jdesmarais@kirkland.com
SCOTT R. SAMAY, ESQ.
ssamay@kirkland.com
TIMOTHY K. GILMAN, ESQ.
tgilman@kirkland.com
JORDAN MALZ, ESQ.
jmalz@kirkland.com
153 East 53rd Street
New York, NY 10022-4611

By /s/ _____
Attorneys for Defendants LUCENT
TECHNOLOGIES, INC. and AGERE
SYSTEMS, INC.

Pursuant to General Order No. 45(X)(B), I hereby attest that concurrence in the filing of this document has been obtained from counsel for Defendants Agere Systems, Inc., Lucent Technologies, Inc.

By _____/s/_____
Sharon L. O'Grady
Attorneys for Plaintiff, PCTEL, INC.

**ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED.

The parties are to report to courtroom 11, on the 19th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102 on January 18, 2006 at 2:30 p.m.

Dated: 1/6/2006

_____
The Honorable Martin J. Jenkins
United States District Court Judge