| | |
|---|---|
| PILLSBURY WINTHROP SHAW PITTMAN LLP<br>Kirke M. Hasson (61446)<br>kirke.hasson@pillsburylaw.com<br>Sharon L. O'Grady (102356)<br>sharon.ogrady@pillsburylaw.com<br>Craig J. Bristol (187231)<br>craig.bristol@pillsburylaw.com<br>50 Fremont Street<br>Post Office Box 7880<br>San Francisco, CA 94120-7880<br>Telephone:(415) 983-1000<br>Facsimile:(415) 983-1200<br><br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>Brian J. Beatus (205719)<br>brian.beatus@pillsburylaw.com<br>2475 Hanover Street<br>Palo Alto, California 94304-1115<br>Telephone:(650) 233-4500<br>Facsimile:(650) 233-4545<br><br>Attorneys for Plaintiff,<br>PCTEL, Inc. | KIRKLAND & ELLIS LLP<br>John M. Desmarais (*pro hac vice*)<br>jdesmarais@kirkland.com<br>Scott R. Samay (*pro hac vice*)<br>ssamay@kirkland.com<br>Citigroup Center<br>153 East 53rd Street<br>New York, New York 10022-4611<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>KIRKLAND & ELLIS LLP<br>Eric R. Lamison (Bar No. 178262)<br>elamison@kirkland.com<br>555 California Street, 27th Floor<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>Attorneys for Defendants Agere Systems Inc. and Lucent Technologies Inc. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PCTEL, INC., a Delaware Corporation,<br><br>               Plaintiff,<br>vs.<br><br>AGERE SYSTEMS INC., a Delaware Corporation; and LUCENT TECHNOLOGIES INC., a Delaware Corporation,<br>               Defendants. | No. C 03-2474 MJJ<br><br>E-Filing<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EQUIPMENT TO BE ALLOWED INTO COURTROOM** |

IT IS HEREBY STIPULATED by and between Plaintiff PCTEL, Inc. ("PCTEL") and Defendants Agere Systems Inc. ("Agere") and Lucent Technologies Inc. ("Lucent") (collectively "the parties") that the parties may bring into the Federal Courthouse in San Francisco, California, located at 450 Golden Gate Avenue, San Francisco, California, and set up in the courtroom of the Honorable

Stipulation and [Proposed] Order Re: Equipment         1        Case Nos. C 03-2474 MJJ

1 Martin J. Jenkins, certain equipment and materials for purposes of facilitating illustrative exhibits for
2 the technology tutorial to be held on January 18, 2006.  The equipment will be set up in the
3 courtroom, as the Court's schedule permits, on January 17, 2006 and January 18, 2006.  Specifically,
4 the parties, by and through equipment vendor "Advanced Courtroom Technologies," are authorized
5 to bring into the courtroom:
6     (a) Four (4) Viewsonic Flat Panel Displays
7     (b) Two (2) Laptops
8     (c) One (1) Hi-Lumens LCD Projector
9     (d) One (1) Digital Elmo
10     (e) One (1) Da-lite 8' Projection Screen
11     (f) One (1) Extron 6x1 Switcher
12     (g) One (1) Extron ADA 6 300HV
13     (h) One (1) Easel
14     (i) Stands and Carts
15     (j) Cabling and Wiring
16     (k) Power Strips
17     (l) Extension Cords
18 In addition, the parties, by and through equipment vendor James Hossain (Maxim Litigation
19 Services), are authorized to bring into the courtroom:
20     (a) Two (2) Laptops
21     (b) One (1) Snap Server Storage Device
22     (c) One (1) Document Camera (Elmo)
23     (d) One (1) 2-Way Switching Device
24     (e) One (1) 2-Way Distribution Amplifier
25     (f) One (1) Hi-Lumens LCD Projector
26     (g) One (1) Projection Screen
27
28

(h) Cabling and Wiring

(i) Power Strips

(j) Extension Cords

Dated: January 9, 2006  BY:_____/s/_____
Attorneys for Plaintiff, PCTEL, Inc.

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Kirke M. Hasson
Brian J. Beatus
Sharon L. O'Grady
Craig J. Bristol
50 Fremont Street
San Francisco, CA 94120-7880
Telephone:(415) 983-1000
Facsimile: (415) 983-1200

Dated: January 9, 2006  BY:_____/s/_____
Attorneys For Defendants Agere Systems Inc. and Lucent Technologies Inc.

**KIRKLAND & ELLIS LLP**
John M. Desmarais (*pro hac vice*)
Scott R. Samay (*pro hac vice*)
Jordan N. Malz (*pro hac vice*)
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

**KIRKLAND & ELLIS LLP**
ERIC R. LAMISON (BAR NO. 178262)
555 California Street, 27th Floor
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Pursuant to General Order No. 45(X)(B), I hereby attest that concurrence in the filing of this document has been obtained from counsel for Defendants Agere and Lucent.

BY: _____/s/_____
Kelli K. Denning
Attorneys for Plaintiff, PCTEL, Inc.

Stipulation and [Proposed] Order Re: Equipment  4  Case Nos. C 03-2474 MJJ

1  ORDER
2  IT IS SO ORDERED.
3
4  Dated: __January 12__, 2006.

Martin J. Jenkins
United States District Judge

APPROVED
Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA