1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   KIRKE M. HASSON (61446)
2  (kirke.hasson@pillsburylaw.com)
   SHARON L. O'GRADY (102356)
3  (sharon.ogrady@pillsburylaw.com)
   CRAIG J. BRISTOL (187231)
4  (craig.bristol@pillsburylaw.com)
   50 Fremont Street
5  San Francisco, CA  94105-2228
   Telephone: (415) 983-1000
6  Facsimile: (415) 983-1200

7  Attorneys for Plaintiff, PCTEL, INC.

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN FRANCISCO DIVISION

11

12  PCTEL, INC., a Delaware Corporation,  )  No. C 03-2474 MJJ
13              Plaintiff,  ) E-filing
14      vs.  )
15  AGERE SYSTEMS, INC, a Delaware  ) **STIPULATION AND [PROPOSED]**
    Corporation; and LUCENT  ) **ORDER EXTENDING TIME TO**
16  TECHNOLOGIES INC., a Delaware  ) **FILE FINAL INVALIDITY AND**
    Corporation,  ) **FINAL INFRINGEMENT**
17  ) **CONTENTIONS**
            Defendant.  ) No Trial Date Set
18  )

19      IT IS HEREBY STIPULATED by and between Plaintiff PCTEL, Inc. and

20  Defendants Agere Systems, Inc. and Lucent Technologies, Inc., through their counsel of

21  record, to postpone the due date for the Final Infringement Contentions regarding United

22  States Patent No. 5,787,305 from April 19, 2006 until 30 days after the earlier of the date

23  the parties complete mediation or the commencement of merits discovery in this case, and

24  the due date for the Final Invalidity Contentions from May 9, 2006 until 50 days after

25  service of PCTEL's Final Infringement Contentions.  The grounds for this stipulation is that

26  the parties have agreed to engage in mediation, and wish to focus their efforts on that

27  proceeding.

28

1  Moreover, should the mediation prove successful, it will not be necessary for the parties to
2  undertake the effort and incur the expense of preparing these Final Contentions.
3      IT IS HEREBY STIPULATED.
4  Dated: April 12, 2006.

PILLSBURY WINTHROP SHAW PITTMAN LLP
KIRKE M. HASSON
CRAIG J. BRISTOL
SHARON L. O'GRADY

By /s/_____
   Attorneys for Plaintiff,
   PCTEL, INC.

Dated: April 12, 2006.

KIRKLAND & ELLIS
JOHN M. DESMARAIS, ESQ.
jdesmarais@kirkland.com
SCOTT R. SAMAY, ESQ.
ssamay@kirkland.com
TIMOTHY K. GILMAN, ESQ.
tgilman@kirkland.com
JORDAN MALZ, ESQ.
jmalz@kirkland.com
153 East 53rd Street
New York, NY 10022-4611

By /s/_____
   Attorneys for Defendants LUCENT
   TECHNOLOGIES, INC. and AGERE
   SYSTEMS, INC.

    Pursuant to General Order No. 45(X)(B), I hereby attest that concurrence in the filing of this document has been obtained from counsel for Defendants Agere Systems, Inc., Lucent Technologies, Inc.

By      /s/_____
    Sharon L. O'Grady
    Attorneys for Plaintiff, PCTEL, INC.

- 2 -

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME RE FINAL INVALIDITY AND
INFRINGEMENT CONTENTIONS

| | |
|---|---|
| 1 | **ORDER** |
| 2 | GOOD CAUSE APPEARING, IT IS SO ORDERED. |

Dated: 4/17/2006

_____
The Honorable Martin J. Jenkins
United States District Court Judge

- 3 -

STIPULATION AND [~~PROPOSED~~] ORDER
EXTENDING TIME RE FINAL INVALIDITY AND
INFRINGEMENT CONTENTIONS