| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>KIRKE M. HASSON (61446) |
| 2 | (kirke.hasson@pillsburylaw.com)<br>SHARON L. O'GRADY (102356) |
| 3 | (sharon.ogrady@pillsburylaw.com)<br>CRAIG J. BRISTOL (187231) |
| 4 | (craig.bristol@pillsburylaw.com)<br>50 Fremont Street |
| 5 | Post Office Box 7880<br>San Francisco, CA 94120-7880 |
| 6 | Telephone: (415) 983-1000<br>Facsimile: (415) 983-1200 |
| 7 | |
|  | Attorneys for Plaintiff, PCTEL, INC. |
| 8 | |
|  | KIRKLAND & ELLIS LLP |
| 9 | SCOTT R. SAMAY<br>(ssamay@kirkland.com) |
| 10 | The Citigroup Center<br>153 East 53rd Street |
| 11 | New York, NY 10022-4611<br>Telephone: (212) 446-4800 |
| 12 | Facsimile: (212) 446-4900 |
| 13 | Attorneys for Defendants AGERE SYSTEMS, INC.<br>and LUCENT TECHNOLOGIES, INC. |
| 14 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| PCTEL, INC., a Delaware Corporation,<br><br>        Plaintiff,<br><br>        vs.<br><br>AGERE SYSTEMS, INC., a Delaware Corporation; and LUCENT TECHNOLOGIES INC., a Delaware Corporation,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. C 03-2474 MJJ<br><br>E-filing<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING STATUS CONFERENCE**<br><br>The Honorable Martin J. Jenkins<br><br>No Trial Date Set |

IT IS HEREBY STIPULATED by and between Plaintiff PCTEL, Inc. and Defendants AGERE SYSTEMS, INC. and LUCENT TECHNOLOGIES, INC., through their counsel of record, that the status conference scheduled for 2:00 p.m. on May 30, 2006,

1  be rescheduled for 2:00 p.m. on ~~July 11~~ July 18, 2006.  The ground for this stipulation is that the

2  parties are scheduled for mediation before Antonio C. Piazza on June 12, 2006, and the

3  extension will allow adequate time for the parties to engage in meaningful settlement

4  discussions prior to appearing before the Court.

5  Dated: May 10, 2006.

        PILLSBURY WINTHROP SHAW PITTMAN LLP
        KIRKE M. HASSON
        CRAIG J. BRISTOL
        SHARON L. O'GRADY

        By /s/ Sharon L. O'Grady
        Attorneys for Plaintiff, PCTEL, INC.

        KIRKLAND & ELLIS LLP
        SCOTT R. SAMAY

        By /s/ Scott R. Samay
        Attorneys for Defendants AGERE SYSTEMS,
        INC. and LUCENT TECHNOLOGIES, INC.

Pursuant to General Order No. 45(X)(B), I hereby attest that concurrence in the filing of this document has been obtained from counsel for Defendants Agere Systems, Inc. and Lucent Technologies, Inc.

        By /s/ Sharon L. O'Grady
        Sharon L. O'Grady
        Attorneys for Plaintiff, PCTEL, INC.

## ORDER

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: 5/12/2006

*/s/ Martin J. Jenkins*
The Honorable Martin J. Jenkins
United States District Court Judge