PILLSBURY WINTHROP SHAW PITTMAN LLP
KIRKE M. HASSON (61446)
(kirke.hasson@pillsburylaw.com)
SHARON L. O'GRADY (102356)
(sharon.ogrady@pillsburylaw.com)
CRAIG J. BRISTOL (187231)
(craig.bristol@pillsburylaw.com)
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Plaintiff, PCTEL, INC.

KIRKLAND & ELLIS LLP
SCOTT R. SAMAY
(ssamay@kirkland.com)
The Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Attorneys for Defendants AGERE SYSTEMS, INC.
and LUCENT TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PCTEL, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AGERE SYSTEMS, INC., a Delaware Corporation; and LUCENT TECHNOLOGIES INC., a Delaware Corporation,<br><br>Defendants. | No. C 03-2474 MJJ<br><br>E-filing<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING STATUS CONFERENCE**<br><br>The Honorable Martin J. Jenkins<br><br>No Trial Date Set |

IT IS HEREBY STIPULATED by and between Plaintiff PCTEL, Inc. and

Defendants AGERE SYSTEMS, INC. and LUCENT TECHNOLOGIES, INC., through

1   their counsel of record, that the status conference scheduled for 2:00 p.m. on July 18, 2006,
2   be rescheduled for 2:00 p.m. on August ~~8~~ 15, 2006.

3   Dated: July 10, 2006.

                                    PILLSBURY WINTHROP SHAW PITTMAN LLP
                                    KIRKE M. HASSON
                                    CRAIG J. BRISTOL
                                    SHARON L. O'GRADY

                                By /s/ Sharon L. O'Grady
                                    Attorneys for Plaintiff, PCTEL, INC.

                                KIRKLAND & ELLIS LLP
                                SCOTT R. SAMAY

                                By /s/ Scott R. Samay
                                    Attorneys for Defendants AGERE SYSTEMS,
                                    INC. and LUCENT TECHNOLOGIES, INC.

        Pursuant to General Order No. 45(X)(B), I hereby attest that concurrence in the filing of this document has been obtained from counsel for Defendants Agere Systems, Inc. and Lucent Technologies, Inc.

                                By   /s/ Sharon L. O'Grady
                                    Sharon L. O'Grady
                                    Attorneys for Plaintiff, PCTEL, INC.

### ORDER

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated:   7/17/2006             /s/ Martin J. Jenkins
                                        The Honorable Martin J. Jenkins
                                        United States District Court Judge