1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    KIRKE M. HASSON (61446)
2   (kirke.hasson@pillsburylaw.com)
    SHARON L. O'GRADY (102356)
3   (sharon.ogrady@pillsburylaw.com)
    CRAIG J. BRISTOL (187231)
4   (craig.bristol@pillsburylaw.com)
    50 Fremont Street
5   Post Office Box 7880
    San Francisco, CA  94120-7880
6   Telephone:     (415) 983-1000
    Facsimile:     (415) 983-1200
7
    Attorneys for Plaintiff, PCTEL, INC.
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

13  _____  )
    PCTEL, INC., a Delaware Corporation,  )   No. C 03-2474 MJJ
14                                        )
                   Plaintiff,             )   E-filing
15                                        )
            vs.                           )   **STIPULATION AND [PROPOSED]**
16                                        )   **ORDER TO REMOVE**
    AGERE SYSTEMS, INC., a Delaware       )   **INCORRECTLY FILED**
17  Corporation; and LUCENT               )   **DOCUMENT**
    TECHNOLOGIES INC., a Delaware         )    AND ORDER
18  Corporation,                          )
                                          )
19                 Defendants.            )   No Trial Date Set
    _____   )
20

21          IT IS HEREBY STIPULATED by and between Plaintiff PCTEL, Inc. and

22  Defendants AGERE SYSTEMS, INC. and LUCENT TECHNOLOGIES, INC., through

23  their counsel of record, that pursuant to Northern District of California Local Rules 79-5

24  and 7-11, a document e-filed with the Court on July 27, 2006, Docket Number 250, be

25  removed from ECF.

26          The grounds for the stipulation are as follows:  The document that was efiled is a

27  confidential settlement agreement and attachments.  The settlement agreement and certain

28

STIP. AND ORDER TO REMOVE INCORRECTLY
                                         FILED DOCUMENT

1  of the attachments contain confidential information of the parties, were not intended to be

2  filed with the court, and therefore constitute irrelevant private information. The parties

3  intended only to file the stipulation for dismissal of this action, which was one of the

4  attachments to the settlement agreement; instead, due to a clerical error, the entire

5  settlement agreement and attachments was filed.

6  Dated: July 27, 2006.

PILLSBURY WINTHROP SHAW PITTMAN LLP
7  KIRKE M. HASSON
   CRAIG J. BRISTOL
8  SHARON L. O'GRADY

9

10  By /s/ Sharon L. O'Grady _____
    Attorneys for Plaintiff, PCTEL, INC.
11

12  KIRKLAND & ELLIS LLP
    JORDAN N. MALZ
13

14

    By /s/ Jordan N. Malz _____
15
    Attorneys for Defendants AGERE SYSTEMS,
16   INC. and LUCENT TECHNOLOGIES, INC.

17      Pursuant to General Order No. 45(X)(B), I hereby attest that concurrence in the

18  filing of this document has been obtained from counsel for Defendants Agere Systems, Inc.

19  and Lucent Technologies, Inc.

20
    By____ /s/ Sharon L. O'Grady _____
21      Sharon L. O'Grady
        Attorneys for Plaintiff, PCTEL, INC.
22

23
                    **ORDER**
24
    GOOD CAUSE APPEARING, IT IS SO ORDERED.
25
    Dated: _7/28/2006_____
26
                    The Honorable Martin J. Jenkins
27                  United States District Court Judge

28

STIP. AND ORDER TO REMOVE INCORRECTLY
                                                                    FILED DOCUMENT