```
 1  PILLSBURY WINTHROP LLP
    KIRKE M. HASSON (61446)
 2  kirke.hasson@pillsburylaw.com
 3  SHARON L. O'GRADY (102356)
    Sharon.ogrady@pillsburylaw.com
 4  CRAIG J. BRISTOL (187231)
    craig.bristol@pillsburylaw.com
 5  50 Fremont Street
    Post Office Box 7880
 6  San Francisco, CA  94120-7880
 7  Telephone:  (415) 983-1000
    Facsimile:  (415) 983-1200
 8
    Attorneys for Plaintiff,
 9  PCTEL, INC.

10  (appearances of counsel continue on signature page)
11              UNITED STATES DISTRICT COURT
12              NORTHERN DISTRICT OF CALIFORNIA
13                  SAN FRANCISCO DIVISION
14  _____
15  PCTEL, INC., a Delaware Corporation,  )   No. C03-2474 MJJ
                                          )
16                    Plaintiff,          )   E-filing
                                          )
17           vs.                          )
                                          )   STIPULATED REQUEST FOR
18                                        )   DISMISSAL AND ORDER
    AGERE SYSTEMS, INC., a Delaware       )
19  Corporation,                          )   GRANTED
                                          )
20  And                                   )
                                          )
21                                        )
    LUCENT TECHNOLOGIES INC., a           )
22  Delaware Corporation,                 )
                                          )
23                    Defendants.         )
                                          )
24  _____
```

700498255v1                                             1                    STIPULATED REQUEST FOR DISMISSAL AND
                                                                                                          ORDER

THE PARTIES HEREBY STIPULATE AND AGREE pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that all claims and all counterclaims in this action be dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: July 27, 2006

PILLSBURY WINTHROP LLP
KIRKE M. HASSON
SHARON L. O'GRADY
CRAIG J. BRISTOL
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880

By  //s//
   Attorneys for Plaintiff and Counter-
   defendant PCTEL, INC.

Dated: July 27, 2006

John M. Desmarais (*pro hac vice*)
Scott R. Samay (*pro hac vice*)
Jordan N. Malz (*pro hac vice*)
Timothy K. Gilman (*pro hac vice*)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4675
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Eric R. Lamison, State Bar No. 178262
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

By  //s//
   Attorneys for Defendants and
   Counterclaimants
   AGERE SYSTEMS INC. and LUCENT
   TECHNOLOGIES INC.

1  Pursuant to General Order No. 45(X)(B), I hereby attest that concurrence in the
2  filing of this document has been obtained from counsel for Defendants and
3  Counterclaimants Agere Systems Inc. and Lucent Technologies Inc.
4
5  By   /s/ Sharon L. O'Grady
   Sharon L. O'Grady
6  Attorneys for Plaintiff, PCTEL, INC.

7  IT IS SO ORDERED.
8
9  DATED: July 31, 2006        *[signature: Martin J. Jenkins]*
   HON. MARTIN J. JENKINS
10  United States District Judge

700498255v1

3

STIP. AND ORDER TO REMOVE INCORRECTLY FILED DOCUMENT